UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>MASSEY WHOLESALE CO. et al.,<br><br>    Defendants. | Case No. CV415-050 |

## ORDER

Almost four months have passed since defendants answered Secretary of Labor Thomas Perez's complaint. *See* doc. 17 (filed August 18, 2015). Since then, nothing has happened in this case. In particular, the parties have not, as required, conducted a Fed. R. Civ. P. 26(f) conference nor submitted their Rule 26(f) report to the Court. *See* doc. 6 at 1 (general order mandating that the parties confer, in this case, no later than September 8, 2015, and submit their report by September 22). Within 14 days of the date this Order is served, therefore, plaintiff shall show cause why this case should not be dismissed on abandonment

grounds, as well as for failure to obey a court order. *See* Fed. R. Civ. P. 41(b); S.D. Ga. L.R. 41.1(c).

**SO ORDERED**, this 8th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA